IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| Darcie Bell and Timothy W. Bell  § | |
|---|---|
| *Plaintiffs*, § | |
| § | |
| v. § | Civil Action No. 1:14-cv-00551 |
| § | |
| § | |
| Upper Connecticut Valley Hospital § | |
| Association d/b/a Upper Connecticut § | |
| Valley Hospital and Dartmouth § | |
| Hitchcock Medical Center § | |
| *Defendants*. § | |

**STIPULATION FOR DISMISSAL**

Plaintiffs, Darcie & Timothy Bell, and Defendant, Upper Connecticut Valley Hospital, by and through undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, agree to stipulate the dismissal of all claims which have or would have been asserted therein, are hereby dismissed with prejudice, each party to bear its own costs.

SO AGREED:

Plaintiffs,                                            Defendants,

Darcie & Timothy Bell                     UPPER CONNECTICUT VALLY
                                                          HOSPITAL


By:  /s/ Robert I. Reardon, Esq. (pro hac vice)     By:  /s/ Melissa M. Hanlon, Esq
    Robert I. Reardon, Jr. Esq.                                Melissa M. Hanlon, Esq (NH Bar 15355)
    The Reardon Law Firm, P.C.                              Sulloway & Hollis, P.L.L.C.
    160 Hempstead St.                                              9 Capitol Street
    P.O. Drawer 1430                                                Concord, NH 03301
    New London, CT 06320                                     603-224-2341
                                                                                  mhanlon@sulloway.com


Dated:  September 20, 2016

{C1473365.1 }